**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1475**

_____

In Re:  WILLIAM ERNEST HOLLAND,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(5:94-cr-00027-RLV-1)

_____

Submitted:  June 26, 2008            Decided:   June 30, 2008

_____

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

William Ernest Holland, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Ernest Holland petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for reduction of sentence. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED